SH

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

MAR 14 2022 *AM*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Mr. Alfonzo Fields

#20210606204

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

STATE OF ILLINOIS
CIRCUIT COURT
Judge LINN James B RM 700
ATTORNEY General
CATHERINE Assistants States Attorneys
For Case #20CR0909101
Public Defenders Office
Public Defender KRSSA JONES
City OF CHICAGO Police Dept.

ARRESTING OFFICERS

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

**1:22-cv-01338**
**Judge Martha M. Pacold**
**Magistrate Judge Heather K. McShain**
**RANDOM**
**PC 11**

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.     **Plaintiff(s):**

A.     Name: _____ Mr. Alfonzo Fields

B.     List all aliases: Ricky ___ / Ricky Fields / SLICK RICK / RED

C.     Prisoner identification number: ___ #20210606204

D.     Place of present confinement: DIVG-2-___ P.O. Box 089002 Cook County Jail

E.     Address: CHICAGO ILL. ___ 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.     Defendant: Judge Linn James B.

Title: ILLINOIS Circuit Court Judge

Place of Employment: Criminal Courts Bldg. Rm. 700

B.     Defendant: KESSA JONES

Title: Public Defender

Place of Employment: Criminal Courts Bldg. P.D. Office

C.     Defendant: Assistant States ATTORNEYS For #20CR0909101

Title: Assistants States ATTORNEYS: CATHERINE. D

Place of Employment: Criminal Courts Bldg.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[ If you need additional space for Any Section, Please Attach An additional sheet and reference that Section]

I. Plaintiffs(s)

A. NAME Mr. Alfonzo Fields

B. List All aliases: Ricky / Ricky Fields / SLICK-RICK /

C. Prisoner Identification number: 20210606204

D. Place of present Confinement: Cook County Jail - DIV6. 2-C

E. ADDRESS P.O. BOX 089002 / CHICAGO ILL. 60608

(If there is more than ONE Plaintiff, then Each plaintiff must list his or her name, aliases, ID. number, Place of Confinement and Current address according to the above format on a Seperate Sheet of paper)

II Defendants(s)

(in A below, Place the full name of the first Defendant in the first blank, his or her official position in the Second Blank, and his or her place of employment in the third Blank. Space for two additional Defendants is provided in B and C.)

E A. Denfendants Arresting CHICAGO Police officers
TiTLE City of chicago, police officers
Place of Employment City of chicago, police Dept.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: Mr Alfonzo Fields vs Tom Dart
Cook County Sheriffs D.O.C. 1:21-cv-5120

B.   Approximate date of filing lawsuit: 09-28-21

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: Mr. Alfonzo Fields AKA. Ricky Ricky Fields SLICK-RICK

D.   List all defendants: Tom Dart Cook County Sheriffs D.O.C. Officer KEILA Marski / Sgt Hullcomb / Guerrero 02. D Star# 17179 Sgt. Mc coy /3162 / Pewa J. Star 16870

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Courts / NORTHERN District of Illinois

F.   Name of judge to whom case was assigned: The Honorable Magistrate Judge GAbriel A. Fuentes / SaraH L Ellis Juge for petition

G.   Basic claim made: Deprivation of Rights - Duty to Intervine official Misconduct / Bodily Injuries UNDER COLOR OF LAW

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STill Pending

I.   Approximate date of disposition: NA

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                     Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

④

If you Need additional Space for Any Section
Please attract additional Sheet
And Reference that Section

Mr. Alfonzo Fields - SS# 5199

Financial # 6262

III LIST ALL lawsuits you (and your Coplaintiffs if Any) Have Filed in any State or Federal Court In THE UNITED STATES:

A NAME OF CASE AND Docket number: Mr. Alfonzo Fields Vs Tom Dart And Cermak Health Services of Cook County: 21-cv-6912 SHERIFFS of D.O.C

B Approximate Date of filling Lawsuit: Dec. 28 2021

C List All plaintiffs (if you had plaintiffs). Including any aliases: Mr. Alfonzo Fields, Ricky / Ricky Fields / SLICK-RICK

D List ALL Defendants: Tom Dart Cook County SHERIFFS D.O.C: Officer Sgt, Water / Officer AVANT) Officer O'Brian / Sgt. Miller / Cermak Health Services of Cook County R.N. NURSE Jones

E Court in which the Lawsuit was Filed (if federal court name the District if State name the County) United STATES District Courts / NORTHERN District of Illinois

F NAME of Judge to whom CASE was Assigned: HONORABLE Jude Magistrate Mr. GABRIEL A. Fuentes / Judge Sara L. ELLIS For Petition

G Basic claim made - Deprivation of Rights / Duty to intervene / official Misconduct / Bodily Injuries

H Disposition of Case: (For Example: Was the Case dismissed? was it Appealed Is it still Pending?:

I Approximate Date of Disposition: N/A (still pending)

IF YOU Have Filed More than ONE LAWSUIT, THEN you must Describe the Additional Lawsuits on ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. Regardless of How Many Cases you Have Previously Filed, you will not Be ExCused From Filling out THIS Section Completely, And failure TO DO SO MAy Result In DISMISSAL of your CASE. Co-plaintiffs Must ALSO List ALL CASES THEY HAVE FILED.

Revised 9/2007

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Circuit Court Judge of Illinois: Judicial official Judge ROOM 700 Linn James B. ① I Noticed that he was Hostile to me! On June 6th 2021 - Caught Another Case out on Bond! out in Melrose park - which is Connected to Maywood Court House! Judge linn Asked A.S.A. what Happened in this Case, in front of Him! She Said 4 young Men Ran up to the arresting officers and Said I Shot At them 3. Times! Mr. Ronald Draper at the time was my Attorney! He died october 11th 2021 R.I.P.! So my lawyer Said your Honor There is no way my Client could have done that! He stated, My client Had a Six-Shot-32 CAL. Smith & wesson! with 4 bulletts in the chambers! Again Mr. Draper stressed the Seriousness of this Again to Judge Linn! Judge linn was in Thought, then He replied: He doesn't want to deal with this Right now! Also He gave me A - No Bond! After Judge Linn Said that! He stated we are going to See what Maywood is going to do? So He Asked the State, what date was my Next Court Date in Maywood A.S.A.! Said the computers was Down! He Asked my lawyer? He Said He Didn't Know

4                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

My Beautiful wife who was on ZOOM blurted-out the Date! Judge Linn said someone knows the Date: He got the date: And put Maywood's Court Date, in front of His Case! which is May 20th 2020! Maywood CASE was June 6th 2021! He repeated this for over 100 days! Stopping My Court proceedings to See what Maywood was going to do! Also Judge Linn, never recited the charges against me! Always was the class of charge and How much time I will be getting! He Also Stated that He was going to Enhance The charges against Me, to be a class X Felony 6 to 30 yrs. I wondered How He was going to do that? I haven't been to prison in 23 yrs! Also new law that States the State cannot gee into the Backgrounds only within 10 yrs! He kept threatening me with time! Concurrantly with Maywoods CASE! Sometime in July of 2021. I had already got Maywoods date! Courtesy of Judge linn! I recieved A Court date on Sept. 16th of 2021! He asked me the Court date, But I didn't give him the month! I said the 16th He turned to look at his Calendar! replied Aug the 17th! The State replied no Honor! your Sept 16th, with no lack of interest He Carefully gave me Sept. 17th! These facts are supported by Court transcripts! which I was unable to retrieve! Nor my wife!

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Mr. Alfoyo Fields #3149

⑥      Financial #6262

If you need additional Space for any Section, Please Attach an additional SHEET AND
STATEMENT Of Claim:          reference that Section

② Behavior of Judge Linn: After all this that the Judge Linn, put me thru! I decided to get busy in the law library! He appointed His Special P.D. for Me Cause I did'n't have A legal representation! Kessa Jones! She wasn't doing nothing, So was the State Attorney or Judge Linn: I felt the Emotion this treatment Created! WAS there is no way out! I am all alone battling Them all! Including the Arresting officers! So I start to put in motions! One was Motion For Substitution of Judge for Cause! which is A Right! He Buried that motion and A few more! Moreover the motion for Judge Substitution is A Right! never had Evidentiary Hearing with vAlid Merits! As the claim States!, Judge Linn never Read or Examined the motions! He denied them on Site! He relied on the A.S.A. & His faithful P.D. Kessa Jones to keep him up to date! whatever they did He obliged them with no objections, and no motions granted! which I believe is to force Male and Female Detainees to Cope. out! I Saw the Damage on Zoom! where 2 Detainees and lawyers was Coping out before It was my turn! Also filed a Complaint with the STATE of Illinois Judicial Inquiry Board on Nov. 1st 2021! who Investigates Illinois Circuit Court Judges!        Revised 9/2007

P.S. I am doing      Sincerely
GODs will and not
mines!          Mr Alfonzo Fields
           Mr. Alfoyo Fields Hello! :)

              SUCCEED or DIE Trying!
              "Semper Fi"

⑦ [ If you need additional Space for any Section Please use this additional sheet and reference that section! ]

Statement of Claim:        Mr. Alfonzo Fields

#5199

Judge Linn James B.                    Financial Acct #6262

① A letter stating that I Recieved! December 16, 2021: THE BOARD closed the matter! As to the Merits of My Case! So I Thought Merits of My Case: I remembered I had put in a Motion for Sustitution of Judge for Cause! upon reading About being recieved! I miss understood, the term of having A Active Case! I must proceed with whatever remedies that my be Avaliable to within the Court System! After that I recieved A Copy of the Motion for Substitution of Judge for Cause! from Iris Y martiner Clerk of the Circuit Courts of Cook County! Located At Criminal Courts Bldg 2650 South California Ave Room 526 - Stamped and recieved by the Date I Misinterpreted in the Boards advice to proceed with remedies! So I mistakenly Sent the Motion Substitution of Judge for Cause for a clearer understanding that I was following there Advice! But when the letter came back saying this Matter is Closed! Caused a red light to go off In my Head! That was the wrong thing to do! But when I Sent the motions straight to Judge Linns Courtroom 700 to his clerk of the Courts! Only 2 motions was mentioned by Judge Linn! He Said this out of his own mouth! Aw I see you put in A motion for A Speedy treal and A Substitution of Judge for Cause! These motions was never disgusted or mentioned again by him the A.S.A. His own Appointment of His P.D. Kessa Jones! So I kept Telling her, The Things that I Saw, what was wrong with the Case! She did what she wanted to do!

Revised 9/2007

(8) Statement of claim:

[If you need additional space for any section, Please attach and add ahoviel sheet and reference that section]
State here as briefly as possible the facts of your Case. Describe
How Each defendant is Involved, Including names, date's, and places.
Do NOT GIVE Any legal Arguments or Cite any Cases or Statues. If you
Intend to allege a number of related claims, number and set fourth
Each claim in a Seperate paragraph (use, as much space as you need.
Attach Extra sheets if necessary

① Assistant States Attorney: for CASE #20CR0909101 CATERINE #
    On 09-18-2020 charges is filed on Me! 4 charges in which
   -I Never Committed! 10-19-21 These Same charges are
   Transmitted to SHERiffs Dept! when These charges are revealed
   Secretly by My Court Appt P.D. KESSA JONES, whom Judge appt. I
   Come back to Court! All of Sudden there is ONE charge!
    With holding Evidence on Motion to Discovery!
   No Preliminary Transcripts & No Bond Hearing Transcripts:
② P.D. KESSA JONES: After obtaining A Summary of charges
   from IRISY MARTINEZ CLERK of the Circuit Courts of Cook County
   I was shocked at what I Saw! Me and P.D. KESSA JONES discussed
   the Discovery Contents! That's when the Contents had went on a
   diet! I Revealed to P.D. KESSA JONES: The Different testimonies
   of Arressting police officers, & The charges, That is invalid! Instead
   of P.D. KESSA JONES: doing the right Things For the Right Reasons!
   Even when NO one is looking! P.D. KESSA JONES confessed this
   information to the wrong party!: The States Attorneys

REVISED 9/2007

(If you need additional Space for any Section. Please attach an additional sheet and reference that Section)

(9)      STATEMENT of Claim:    SS# 5199

Financial Acct. 6262

State here as briefly as possible the facts of your Case. Describe how each defendant is Involved, Including names, dates, and places. Do not give Any legal Arguments or Cite Any Cases or Statutes. If you intend to allege a number of related claims, number and Set forth EACH CLAIM in A Seperate paragraph. (USE AS MUCH Space as you need. Attach extra Sheets If necessary)

① Arresting officers of the chicago Police Dept. Who testified in Case # 20CR0909101

① Bond Hearing: States ATTORNEY Says: Officers was in the Area and that Multiple shots Had been fired, over the Radio! Said a Black man in A white T-shirt done it!

② Preliminary Hearing: Officer testifys under Oath: That A Black woman in A white blouse said black man with white T shirt. Had a gun. Also Said 4 young men ran up to him and Seid that [States Attorney] I Fired at them 3-Times! In Count Room 700 Judge Linon/

③ After recieving Contents of Discovery from States ATTORNEYs Arrest Reports states, The arressting officers was riding in the Area! when They heard two gun shots! officers Said a Black man in A Brown SUV, Say A Black man in A grey hat, white T-shirt, white pants, Black shoes, Had a gun! P.D. Kessa Jones [states] Also officers retrieved 2 spent [shell] Casings at the Scene! [I] Had a revolver! Hello! I NEVER FIRED A SHOT!

     Sincerely Mr. Alfonzo Fields      Rev 9/2007
     Mr. Alfonzo Fields

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

THOSE HELD Accountable!

Right this Acts!.

MONETARY AWARDS!
SenD A Message!

**VI.**    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___1st___ day of __MARCH__, 20 _22_

_____
(Signature of plaintiff or plaintiffs)

Mr. Alfonzo Fields
_____
(Print name)

#20210606204
_____
(I.D. Number)

2411 LANDMEIR RD. ELK GROVE
ILL. 60007 / Apt 118
_____
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☆ **SUMMARY**    DETAIL    PARTIES    CHARGES    EVENTS    SERVICE    HEARINGS    CONDITIONS    NOTES    ▷

20CR0909101

**PEOPLE OF THE STATE OF ILLINOIS vs. ALFONZO FIELDS**

| | |
|---|---|
| **Status** | **Active** |
| Filed | 09/18/2020 |
| Type | **Felony Information** |
| Court Unit | Criminal Division |
| Judicial Officer | Linn, James B |
| Financial Balance | 0.00 |

**Lead Attorney:**    **PUBLIC DEFENDER**
**Appointed:**    **09/17/2021**

### Charges

Dispositions

| | | | | | |
|---|---|---|---|---|---|
| 1. FELON POSS/USE FIREARM PRIOR | | (F2) | 01/01/1900 | Plea | Plea of Not Guilty |
| DCN **019963761** Sequence **001** | | | | | |
| 2. AGG UUW/VEH/PREV CONVICTION | | (F2) | 01/01/1900 | Plea | Plea of Not Guilty |
| DCN **019963761** Sequence **002** | | | | | |
| 3. AGG UUW/VEH/PREV CONVICTION | | (F2) | 01/01/1900 | Plea | Plea of Not Guilty |
| DCN **019963761** Sequence **003** | | | | | |
| 4. RECK DISCH FIREARM/ENDANGERS | | (F4) | 01/01/1900 | Plea | Plea of Not Guilty |
| DCN **019963761** Sequence **004** | | | | | |

### Future Activity

| | |
|---|---|
| 12/02/2021 | **Motion Defendant** (Judicial Officer: Linn, James B) |
| 9:00 AM | Location: Criminal Division, Courtroom 700 |
| | Events:   10/19/2021 Mittimus Transmitted To Sheriff's Office |

### Most Recent Events & Hearings

Case Summary

| | |
|---|---|
| 11/04/2021 | Correspondence Received |
| | Filing Party: Defendant FIELDS, ALFONZO |
| 10/20/2021 | Notice Of Motion/Filing |
| | *MOTION FOR TRANSFER TO VETERANS COURT* |
| 10/19/2021 | Motion For Discovery |
| | Filing Party: Public Defender PUBLIC DEFENDER |
| 10/19/2021 | Public Defender Appointed (Judicial Officer: Linn, James B) |
| 10/19/2021 | Mittimus Transmitted To Sheriff's Office |
| 10/19/2021 | Defendant In Custody (Judicial Officer: Linn, James B) |
| 10/19/2021 | Courtsheet |

### defendant demographics

| | | |
|---|---|---|
| DOB | 09/30/1958 | Black Male |
| | | 5'8" 210lbs |
| | | Hair   Black |
| | | Eyes   Brown |

### case cross reference

Central Booking Number/Document Control Number
   019963761
Internal Case Identifier (T&I Only)
   ILCPD0000JD244762
IR Number
   626726
Record Division Number



**STATE OF ILLINOIS
JUDICIAL INQUIRY BOARD**

David P. Sterba
  *Chair*
Honorable Paula A. Gomora
  *Vice Chair*
Frank B. Castiglione
Honorable Kent A. Delgado
Elaine B. Johnson
Sean Nash
Ruby Smith

Michael Deno
*Executive Director &
General Counsel*
100 West Randolph Street
Suite 14-500
Chicago, IL 60601-3233
PHONE (312)814-5554
(800)227-9429

TDD (312)814-1881

FAX (312)814-5719

November 1, 2021

Mr. Alfonzo Fields
PO Box 089002
Div2-Dorm2-V-House
Chcago, IL 60608

Dear Mr. Fields:

Please be advised that the Judicial Inquiry Board ("Board") received your complaint against an Illinois state court judge; and will discuss your complaint to decide whether it has jurisdiction and if so, whether an investigation or other action is warranted. After the Board has made its final determination regarding your matter, a letter will be sent to you at the above address (to ensure the receipt of future correspondence, you must provide the Board with any change of address).

The Board ***cannot provide legal assistance or intervene in any court case***; therefore, if you have an active court case, you must continue to proceed with whatever remedies that may be available to you within the court system. Also, the Board does not have jurisdiction to investigate complaints against attorneys, court personnel, police officers, federal court judges or anyone other than active Illinois state court judges.

It is important for you to note that pursuant to the Illinois Constitution and the Board's Rules of Procedure, the Board is prohibited from sharing with you or anyone outside of our agency the details of any investigation or action taken in lieu of or prior to filing a complaint with the Illinois Courts Commission ("Commission"). Only those documents filed with the Commission during the prosecution of a matter becomes public record.

Regards,

Michael Deno
*Executive Director &
General Counsel*

MD: sa

(3) Evidence

David P. Sterba
*Chair*
Honorable Paula A. Gomora
*Vice Chair*
Frank B. Castiglione
Honorable Kent A. Delgado
Sean Nash
Ruby Smith



Michael Deno
*Executive Director &*
*General Counsel*
100 West Randolph Street
Suite 14-500
Chicago, IL 60601-3233
PHONE (312)814-5554
(800)227-9429

TDD (312)814-1881

FAX (312)814-5719

# STATE OF ILLINOIS
# JUDICIAL INQUIRY BOARD

December 16, 2021

Mr. Alfonzo Fields  #20210606204
PO Box 089002
Div2-Dorm2-V-House
Chcago, IL 60608

Dear Mr. Fields:

The Judicial Inquiry Board ("Board") has concluded its review of the allegations detailed in your complaint against an Illinois state court judge and has determined to close the matter. The Board's determination to close the complaint is in no way an opinion as to the merits of your court case.

Please note that the Board is prohibited, pursuant to the confidentiality provisions contained in its Constitutional authority and Rules of Procedure, from disclosing specifics regarding its deliberations, findings, or decision concerning any matter.

Regards,

Michael Deno

Michael Deno
*Executive Director &*
*General Counsel*

MD: sa

Visit our website at: www.illinois.gov/jib

Case: 1:22-cv-01338 Document #: 1 Filed: 03/14/22 Page 16 of 22 PageID #:16

Evidence

::: ⬤ Lexis  🔍                          Client: -None- ⌄     Folders    History    Help    More

Document:              1 Illinois Criminal Defense Motions § 2.05          Actions ⌄  [⌄⌃]

📁⌄     🖨     ✉     ↓     ⊗     ⎘     | Go to ⌄ |        Search Document 🔍

‹ Previous                                                                    Next ›

## 1 Illinois Criminal Defense Motions § 2.05

Copy Citation

**Illinois Criminal Defense Motions**    **CHAPTER 2 SUBSTITUTION OF JUDGES**

### § 2.05 —Practice Pointers: Motion for Substitution of Judge for Cause

Use the following Motion for Substitution of Judge for Cause when you are seeking to have your case reassigned to another judge based upon the prejudice of the judge from whom you desire the transfer. Note that a hearing *must* be held before another judge to determine the issue of prejudice.

Illinois Criminal Defense Motions

Copyright 2021, Matthew Bender & Company, Inc., a member of the LexisNexis Group.

‹ Previous                                                                    Next ›

Case: 1:22-cv-01338 Document #: 1 Filed: 03/14/22 Page 17 of 22 PageID #:17



About                    Cookie Policy                    RELX™

Privacy Policy           Terms & Conditions               Copyright © 2021 LexisNexis.



Case: 1:22-cv-01338 Document #: 1 Filed: 03/14/22 Page 18 of 22 PageID #:18

  Lexis     Client: -None- ∨   Folders   History   Help   More

## Document:   1 Illinois Criminal Defense Motions § 2.04   Actions ∨  ⤢

📁∨  🖨  ✉  ⬇  ❈  🗋  | Go to ∨ |   | Search Document 🔍 |

‹ Previous                                                              Next ›

## 1 Illinois Criminal Defense Motions § 2.04

**Copy Citation**

**Illinois Criminal Defense Motions**   **CHAPTER 2 SUBSTITUTION OF JUDGES**

## § 2.04 —Substitution of Judge for Cause

At any time, a motion may be filed requesting a substitution of judges based on cause. 725 ILCS 5/114-5(d). This motion must be supported by an affidavit alleging bias of the judge stemming from extrajudicial sources and supported by facts sufficient to show actual prejudice by the judge. The defendant is entitled to an evidentiary hearing by another judge to decide the merits of the motion. In fact, denial of an evidentiary hearing constitutes reversible error. _People v. Wolfe_, 124 Ill.App.2d 349, 260 N.E.2d 424 (1st Dist. 1970).

The burden is on the defendant to show bias. Motions brought pursuant to section 114-5(d) contain specific allegations. _See, e.g._, _People v. Amos_, 204 Ill.App.3d 75, 86, 149 Ill.Dec. 411, 561 N.E.2d 1107 (1990) (oral allegation that the judge "seemed hostile" to defendant held insufficient). If the allegations are not sufficient, the defendant is not entitled to a hearing before a different judge. _People v. Johnson_, 159 Ill.2d 97, 201 Ill.Dec. 53, 636 N.E.2d 485 (1994). In addition, the defendant must make the motion at the earliest practical moment after discovering the alleged prejudice. _Id._

Illinois Criminal Defense Motions
Copyright 2021, Matthew Bender & Company, Inc., a member of the LexisNexis Group.

‹ Previous                                                              Next ›



About                    Cookie Policy                ℛ **RELX**™

Privacy Policy           Terms & Conditions           Copyright © 2021 LexisNexis.

EVIDENCE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION

PEOPLE OF THE STATE
OF ILLINOIS

v.

Mr. Alfonzo Fields
defendant

Case no 20CR0909101

RECEIVED

OCT 2 0 2021

IRIS Y. MARTINEZ
CLERK OF CIRCUIT COURT

MOTION FOR TRANSFER TO VETERANS COURT

Now comes the Defendant, _Mr. Alfonzo Fields_ by and through himself as pursuant to law

and hereby requests this Honorable Court transfer the Defendant and this case to the

Veterans court for proceedings under the Veterans and Servicemembers Court Treatment Act

(PA 96-0924/ 55 ILCS 5/5 101) and Illinois House Bill 5214 (HB 5214)

In support of the motion the Defendant provides the following:

1. Whereas, it was the intent of the General Assembly to create specialized Veterans and Servicemembers Courts with the necessary flexibility to meet the specialized problems faced by Veterans and Servicemembers in the Nations Legal systems.

2. Whereas the Chief Judge of this Judicial Circuit has established a Veterans Court per the authority.

3. Whereas, in accordance with the eligibility requirements of this Act the Defendant;

    a. Is a Veteran of the United States Mr. Alfonzo Fields Marines

    b. Is not discharged under Dishonorable conditions.

    c. Is not charged with a crime of violence.

    d. Is willing to participate in a Treatment Program.

    e. Has not been convicted within 10 years of a crime of violence involving the discharge of a firearm or where serious bodily injury or death to any person occured.

    f. Has not previously completed or been discharged from a Veterans and Servicemembers Court program within three (3) years of that discharge.

THEREFORE, in accordance with the aforementioned authority, the Defendant hereby moves his Honorable court to grant the Defendant's motion.

Respectfully Submitted
Mr. Alfonzo Fields

Mr Alfonzo Fields
Defendant    date

*Evidence*

STATE OF ILLINOIS )
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

**RECEIVED**

**JAN 25 2022**

IRIS Y. MARTINEZ
CLERK OF CIRCUIT COURT

PEOPLE OF THE STATE OF ILLINOIS )
)
VS )  CASE NO. 20CR0909101
)
Mr. Alfonzo FIELDS )
DEFENDANT )

### MOTION TO QUASH ARREST AND SUPPRESS EVIDENCE

Now comes the Defendant, Mr. ALFONZO FIELDS, and moves this honorable Court to quash his arrest and suppress from the introduction into evidence the direct and indirect products of said arrest. In support thereof:

1. On May 20th 2020, the Defendant was arrested at or near Kostner y Jackson - ON, THE West, side AROUND 9 p.m.
2. The arrest was a seizure as contemplated by the Fourth Amendment to the United States Constitution.
3. The Fourth Amendment of the United States Constitution guarantees the right of persons to be secure from unreasonable search and seizure of their persons, houses, papers, and effects.
4. The Exclusionary Rule prohibits the introduction into evidence of the direct and indirect products of unreasonable searches and seizures (see Mapp v. Ohio)
5. The arrest of the Defendant was made without authority of a valid search warrant.
6. The conduct of the Defendant prior to his arrest was such as would not reasonably be interpreted by the arresting officers as constituting probable cause that the Defendant had committed or was about to commit a crime.

Wherefore, the Defendant hopes and prays that this honorable Court has reviewed the above stated facts and grant his request for the motion to quash and suppress evidence.

Respectfully submitted,

*Mr Alfonzo Fields*

Subscribed and sworn to before me this 23 day of December, 2021.

*[signature]*

Notary Public

J ADAMS
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
November 19, 2024

Mr. Alfonzo Fields #20210606804
DivG-2·C·P·O-Box 089002
CHICAGO ILL 60608



ATTN. (PRISONER CORRESPONDENCE)
OFFICE OF
CLERK OF THE U.S. District COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN Str.
CHICAGO, ILLINOIS
60604

URGENT!

RECEIVED
MAR 17 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

URGENT!



MAILED - OUT!
(03-05-2022)