

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**FILED**

JUL 06 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Mr. ALFONZO Fields

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

CIRCUIT COURT JUDGE
LINN B. James
ASA - AT Preliminary
Hearing: Mr. GARCIA
CHICAGO POLICE
SAINT LOUIS, GREGORY #5153
EMMA·BRIAN #6540

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 1:22-cv-1338
(To be supplied by the Clerk of this Court)
HONORABLE JUDGE MAGISTRATE
MARTHA M. PACOLD

**CHECK ONE ONLY:**    **AMENDED COMPLAINT**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

✓    **OTHER** (cite statute, if known) Section 242 OF TITLE 18

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Mr. Alfonzo Fields

B. List all aliases: Mr. Alfonzo Fields Jr / RED / SLICKRICK / Ricky Fields

C. Prisoner identification number: #20210606204 DIV6-1-P

D. Place of present confinement: Cook County Jail - DOC

E. Address: P.O. Box 089002 CHICAGO ILL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: LINN B. JAMES

   Title: CIRCUIT COURT JUDGE

   Place of Employment: Criminal Courts Bldg. ROOM 700

B. Defendant: Mr. GACIA

   Title: Assistant States Attorney

   Place of Employment: Criminal Courts Bldg. / Public states Att. office

C. Defendant: SAINT LOUIS GREGORY #5153 / EMMA BRIAN #6540

   Title: CHICAGO POLICE

   Place of Employment: POLICE DEPT. HARRISON & KEDZIE

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Mr. Alfonzo Fields Vs Cook County SHERIFFS D.OC CASE# 1:21-CV 5120

B. Approximate date of filing lawsuit: May 27 2022

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Mr. RED Alfonzo Fields / Ricky Fields / SLICK RICK / Alfonzo Field Jr.

D. List all defendants: Cook County SHERIFFS D.O.C.
GUERRERO 02.D STAR # 17179
PENA J. STAR # 16870

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): CLERK OF U.S. District Court / NORTHERN District

F. Name of judge to whom case was assigned: HONORABLE MAGISTRATE JUDGE GABRIEL A. FUENTES

G. Basic claim made: VIOLATION OF RIGHTS BODILY HARM

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): AMENDED COMPLAINT STIL PENDING

I. Approximate date of disposition: NA

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

( ORIGINAL )

III. LIST ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Mr. Alfonzo Fields vs TOM DART Cook County SHERIFFS D.O.C. / 21-CV-6912

B. Approximate date of filing lawsuit: DEC. 28 2021

C. List all plaintiffs (if you had co-plaintiffs), including all iase: Mr. Alfonzo Fields / Ricky Fields / SLICK RICK / Alfonzo Fields Jr. / RED

D. List all defendants: TOM DART COOK County SHERIFFS Officer Sgt. Winter Officer AVANT Officer O'BRIAN Sgt. MILLER CERMAK HEALTH SERVICE of Cook County RN NURSE JONES

E. Court in which the lawsuit was filed (if federal court, name the district; if State Court, name the County: CLERK OF U.S. DISTRICT COURT / NORTHERN DISTRICT

F. Name of Judge to whom case was assigned: HONORABLE MAGISTRATE JUDGE GABRIEL A. FUENTES

G. Basic claim made: VIOLATIONS OF RIGHTS BODILY HARM

H. Disposition of this case (for example: Was the case dismissed? was it appealed? Is it still pending?): STILL PENDING

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE, THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

REVISED 9/2007

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.     Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

① JAMES LINN B.  ON 06-06-2021  JUDGE LINN Deliberately stopped My CourT PROCEEDINGS, for 100 days OrMore. By putting old CASE May 27-2020, CASE BEHIND, THE 06-06-2021! Also put in "Substitution of Judge for Cause", NEVER RECIEVED, "EVIDENTIARY HEARING" SEE Transcripts

② Assistant States ATTORNEYS AT "PRELIMINARY HEARING" Mr. GARCIA : knowingly AllowED CHARGE #2 √ CHARGE #3 To be added to Certification of Conviction / Disposition! These CHARGES due not "STATE AN OffENSE", NEVER WAS CONVICTED of THESE CHARGES , IDOC. Tracking background does not Contain These "Convictions" !

③ Police Officer's SAINT LOUIS GREGORY #5153
                    EMMA BRIAN           #6540

STATED ON REPORTS: That I am the offender and Thier the VICTIM'S. Also There is no date on CASE Summary DATES CHARGES, 01-01-1900. Futhermore PERJURED Testimony At "PRELIMINARY Hearing". Alleges He Inspection, but wasn't Able to give Accurate Account of what He Claims He Inspected!

Mr. Alfonzo Fields #2021 0606204 Mr. Alfonzo Fields
CASE # 1-22-CV-1338
HONORABLE JUDGE MAGISTRATE          4          Revised 9/2007
MARTHA M. PACOLD

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

① punish Those responsible

② Keep this from happening again

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 26ᵗʰ day of JUNE , 20 22

_Mr. alfozo Fields_
(Signature of plaintiff or plaintiffs)

Mr. Alfonzo Fields
(Print name)

# 20210606204
(I.D. Number)

Cook County Jail D.O.C.
DIV 6 - 1-P P.O. BOX 089002
CHICAGO ILL. 60608
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Mr. Alfonzo Fields #2021060603-04
DIV 6-1-P P.O. Box 089002
CHICAGO ILL. 60608

LEGAL

MAIL

URGENT

ATTN: PRISONER CORRESPONDENCE
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

07/06/2022-10

MAILED·OUT 06·26·22

RECEIVED
JUL 06 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

